**U.S. BANKRUPTCY COURT**
**DISTRICT OF OREGON**
# F I L E D

**April 22, 2013**

**Clerk, U.S. Bankruptcy Court**

**Below is an order of the Court.**

*Randall L. Dunn*
**U.S. Bankruptcy Judge**

OAM (4/30/08) jbk

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

In re ) Case No. **13–32364–rld7**
**Tenfour, Inc.** )
  *Other names used by debtor:* Planned Marketing Solutions, Inc. ) ORDER SETTING
Debtor(s) ) ADJOURNED HEARING
) DATE FOR §341(a)
) MEETING OF CREDITORS
)
)

Based on a motion or clerical request for an adjourned §341(a) meeting and the Court finding good cause,

**IT IS ORDERED** that:

The **§341(a) MEETING** is adjourned to:

  **DATE:**  5/24/13         **TIME:**  03:30 PM

  **LOCATION:**  US Trustee's Office, 620 SW Main St Rm 223, Portland, OR 97205

  **TRUSTEE:**     Stephen P Arnot, POB 1963, Lake Oswego OR, 97035, 503–227–5093

and the debtor(s) shall appear at that time and place for the purpose of being examined. Failure to appear may result in dismissal of this case or, if applicable, denial of a debtor(s)' discharge.

###