```
                          United States Bankruptcy Court
                                District of Oregon

In re:                                                        Case No. 13-32364-rld
Tenfour, Inc.                                                 Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: jan              Page 1 of 3                  Date Rcvd: Apr 22, 2013
                              Form ID: OAM           Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 24, 2013.
db              Tenfour, Inc.,    861 N. East Street, Suite 9A,    Frederick, MD  21701
100220649      +52 Limited,    330 SE Martin Luther King Blvd.,    Portland, OR 97214-1100
100220650       American Express,    PO Box 360002,    Fort Lauderdale, FL 33336-0002
100220651      +Bank of America,    c/o Ken Lewis, CEO,    100 N. Tryon St.,    Charlotte, NC 28202-4031
100220652      +CBS Interactive, Inc.,    235 Second Street,    San Francisco, CA 94105-3124
100220653       Comcast Cable,    PO Box 34227,    Seattle, WA 98124-1227
100220654      +Computerworld,    PO Box 9171,    Framingham, MA 01701-9171
100220655      +Cooper Simmons,    Media Architects,    1325 Howard Ave., Suite 804,    Burlingame, CA 94010-4212
100220656       Copytronix,    16555 SW 72nd Ave., Suite 800,    Portland, OR 97224
100220657      +DBG Consulting, LLC,    920 Francine Drive,    Cherry Hill, NJ 08003-2810
100220658       Dell USA,    Non-Trade A/R,    Po Box 646044,    Dallas, TX 75267-6044
100220659      +Dell USA, LP,    c/o Sabrina L. Streusand, Attorney at La,    811 Barton Springs Road,    Suite 811,
                 Austin, TX 78704-1166
100220660      +Digital One,    2112 SW 1st Ave.,    Suite 100,    Portland, OR 97201-5043
100220661      +Digital One Corporation,    c/o Michelle Stolberg, Registered Agent,    2112 SW 1st Avenue,
                 Suite 100,    Portland, OR 97201-5043
100220662      +Enviroshred NW,    4325 N. Commerce St,    Suite 100,    Portland, OR 97217-7629
100220664       Federal Express,    PO Box 1140,    Memphis, TN 38101-1140
100220665      +Hive FX,    105 SE Taylor, Suite 307,    Portland, OR 97214-2109
100220666       IBM Corporation,    PO Box 643600,    Pittsburgh, PA 15264-3600
100220667      +IDG Communications, Inc.,    One Exeter Plaza,    15th Floor,    Boston, MA 02116-4815
100220668       IDG Enterprise,    PO Box 3700-87,    Boston, MA 02241-3581
100220669      +Intel,    c/o Graig T. Goldblatt, Attorney at Law,    1875 Pennsylvania Avenue NW,
                 Washington, DC 20006-3642
100220670      +International Business Machines Corp.,    3039 E. Cornwallis Rd, 205/KK135,
                 Research Triangle Park, NC 27709-0154
100220671      +Jason M. Ridge,    16120 SW Snowy Owl Lane,    Beaverton, OR 97007-8680
100220672      +Jim Sapp,    9303 SW Home Street,    Portland, OR 97224-5970
100220673      +McIntosh Consulting,    c/o Adam Wunn,    PO Box 220367,    Milwaukie, OR 97269-0367
100220674       Mediamind Technologies, Inc.,    PO Box 28246,    New York, NY 10087-8246
100220675     #+Mediamind Technologies, Inc.,    Attn: Accounts Receivable Dept.,
                 135 West 18th Street, 5th Floor,    New York, NY 10011-4104
100220676      +NOW Interactive, LLC,    Attn: Milind S. Pandit,    3300 NW Bauer Woods Drive,
                 Portland, OR 97229-7034
100220677       NW Natural,    PO Box 6017,    Portland, OR 97228-6017
100220678      +Outrigger Enterprises Group,    2375 Kuhio Avenue,    Honolulu, HI 96815-2939
100220679      +Parallels,    500 SW 39th Street,    Suite 200,    Renton, WA 98057-9800
100220681      +Premier Press,    510 NW 15th Ave.,    Portland, OR 97209-2204
100220682      +RGB Design Studio LLC,    c/o Eric Curtis,    3020 SW Spring Garden St.,    Portland, OR 97219-3823
100220683      +Robert Sacks,    c/o Andrew Raglund, Attorney at Law,    1621 NE 41st Ave,
                 Portland, OR 97232-1808
100220684      +Talkpoint Holdings LLC,    100 Williams Street,    8th Floor,    New York, NY 10038-5010
100220685      +Tyan Computer Corp.,    3288 Laurelview Court,    Fremont, CA 94538-6535
100220686       Tyco Integrated Security,    PO Box 371967,    Pittsburgh, PA 15250-7967
100220689       US Visa,    PO Box 790408,    Saint Louis, MO 63179-0408
100220687      +Umpqua Bank,    1 SW Columbia St., #150,    Portland, OR 97258-2042
100220688      +Upstart Labs, LLC,    1104 NW 15th Ave.,    Suite # 400,    Portland, OR 97209-2891
100220663       ePrize LLC,    Dept 17698,    Palatine, IL 60055-7698

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
100220680       E-mail/PDF: Credit.Approvals@pgn.com Apr 23 2013 04:31:10      PGE,    PO Box 4438,
                 Portland, OR 97208-4438
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0979-3           User: jan                   Page 2 of 3                 Date Rcvd: Apr 22, 2013
                               Form ID: OAM                Total Noticed: 42

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 24, 2013**                    **Signature:**         *Joseph Speetjens*

```
District/off: 0979-3           User: jan                    Page 3 of 3                   Date Rcvd: Apr 22, 2013
                               Form ID: OAM                 Total Noticed: 42
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 22, 2013 at the address(es) listed below:
NONE.                                                                                                    TOTAL: 0

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
April 22, 2013
Clerk, U.S. Bankruptcy Court

**Below is an order of the Court.**

*[signature]*
**U.S. Bankruptcy Judge**

OAM (4/30/08) jbk

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

| | |
|---|---|
| In re<br>**Tenfour, Inc.**<br>*Other names used by debtor:* Planned Marketing Solutions, Inc.<br>Debtor(s) | Case No. **13–32364–rld7**<br>ORDER SETTING<br>ADJOURNED HEARING<br>DATE FOR §341(a)<br>MEETING OF CREDITORS |

Based on a motion or clerical request for an adjourned §341(a) meeting and the Court finding good cause,

**IT IS ORDERED** that:

The **§341(a) MEETING** is adjourned to:

**DATE:** 5/24/13        **TIME:** 03:30 PM
**LOCATION:** US Trustee's Office, 620 SW Main St Rm 223, Portland, OR 97205
**TRUSTEE:** Stephen P Arnot, POB 1963, Lake Oswego OR, 97035, 503–227–5093

and the debtor(s) shall appear at that time and place for the purpose of being examined. Failure to appear may result in dismissal of this case or, if applicable, denial of a debtor(s)' discharge.

###